In the Matter of S. G. Millard, praying for a Writ of Habeas Corpus.

FOR the applicant, *J. H. Van Dolsen.*

Slidell, C. J. The court being of opinion that the prisoner is confined by virtue of a conviction and judgment of a court of competent jurisdiction, and that the time during which the prisoner may be lawfully held in confinement has not expired.

It is, therefore, ordered that the prisoner be remanded to the custody of the Sheriff under the writ of the First District Court of New Orleans, annexed to the Sheriff's return in this case.